IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02504-REB-MEH

MICHELE DORENE MCLAIN,

      Plaintiff,

v.

MICHAEL DUSSART, Correctional Officer La Vista Correctional Facility,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2013.**

Before the Court is a document filed by the Plaintiff with several titles, including "Motion for Leave to File Amended Complaint," "Motion to File Amended Complaint," "Motion to Stay Ruling on Motion to Dismiss" and "Argue Against Case Laws they Cited" [filed July 10, 2013; docket #42].  First, to the extent Plaintiff seeks to amend her Complaint, Plaintiff has proffered no reason, no explanation of any amendments, and no proposed amended pleading by which the Court can determine whether "justice so requires" her amendment(s).  Second, to the extent Plaintiff seeks an order staying a ruling on the pending motion to dismiss, Plaintiff again fails to proffer any reason for a stay and, thus, the Court cannot determine whether there is good cause for any stay.  Therefore, the motion is **denied without prejudice**.

However, the Court notes that Plaintiff provides argument in the document that appears to rebut at least some of the arguments raised in the Defendant's motion to dismiss.  Therefore, the Court will construe the document as a Response to the motion to dismiss and directs the Clerk of the Court to characterize the document as a "Response" on the docket.  The Defendant may file a reply brief in support of his motion within fourteen (14) days after the Response is served upon him.