**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02504-REB-MEH

MICHELE DORENE MCLAIN

    Plaintiff

v.

MICHAEL DUSSART, Correctional Officer La Vista Correctional Facility

    Defendant

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#64] of Judge Robert E. Blackburn entered on March 2, 2015 it is

ORDERED that judgment is entered in favor of the defendant Michael Dussart, against the plaintiff, Michele Dorene McClain. The defendant is **AWARDED** his costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 2nd day of March, 2015.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                        By:  s/   A. Lowe
                                  A. Lowe
                                  Deputy Clerk